Brice D Chapman Sr.
(Name)

MgCo jail    20335
(Institution Register No.)

300 E Main Independence Ks 67301
(Current Mailing Address)

FILED
MAR 23 2018
Clerk, U.S District Court
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

Brice D Chapman Sr, Plaintiff
(Full and Correct Name)

vs.

Mg Co Sheriffs
MgCo D.A. office, Defendants
MgCo jail

CASE NO. 18-3069-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

A. JURISDICTION

1) Brice D Chapman SR., is a resident of Kansas
   (Plaintiff)                         (State of residency prior to incarceration)

   who presently located at 300 E Main Independence Ks 67301
   (Mailing address or place of confinement.)

2) Defendant Mg Co D.A. LARRY MARkle is a resident of
   (Name of first defendant)

   Independence Ks, and is employed as
   (City, State)

   Mg Co District Attorney, and may be
   (Position and title, if any)

   located at 300 E Main Independence KS 67301. At the time the claim(s) alleged
   (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐

   If your answer is "Yes", briefly explain: The Elected County Attorney in Montgomery Co Kansas

3) Defendant **Arresting officers Mg. S.O.** is a resident of
   (Name of first defendant)
   **Independence KS**, and is employed as
   (City, state)
   **Sheriff deputy**, and may be located at
   (Position and title, if any)
   **300 E Main Independence KS 67301**. At the time the
   (Address for service of process)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   **arresting officers employed by Mg Co Sheriffs dept Kansas**

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

   **N/A**

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   **I have been in custody 6 months and not had my evidence sent to KBI crime lab. My bond is excessive due to prior history and My judge is the D.A. who prosecuted me on my prior charges. Upon being booked into jail administration had jail staff strap me into the restraint chair for NO REASON for many hours with no Relief.**

XE-2 (F)              CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)                    2

Mg. Co Jail Staff
Off. Hadkins
Off. Louis
Independence KS 67301
Jailers in Booking at Mgdoc

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation of my 1st and 8th Amendments for freedom of Speech and strapping me in the restraint chair for hours - Cont -

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_____

_____

B) (1) Count II: 4th And 6th Amendments 8th Amendments Under the 4th amendment I have the right to live not in fear of government - Cont -

(2) Supporting Facts: _____

_____

_____

C) (1) Count III: _____

# Cause of Action

Count 1 Supporting Facts - That while being booked into jail that even though I was Complient with their physical and verbal commands. Jail staff Ofc. Hankins and ofc. Louis Strapped me into the restraint chair for no just cause. They stated somebody in Administration wanted me placed in the restraint Chair. They left me strapped in the Chair for hours with no relief for even to use the restroom. By not following protocol they inflicted cruel and Unusual punishment which is a violation of my 8th Amendment.

Count 2 Supporting facts - My 5th Amendment rights were violated once I was held for a charge (felony) and no indictment or just cause. My 6th Amendment was violated when they have held me here in jail for 6 months and have yet to send Evidence to be tested at the KBI crime lab and have set me an Excessive and Unreachable Bond all the while they continue to play with my freedom like its a joke.

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
      Plaintiffs: N/A
      Defendants: N/A
   b) Name of court and docket number   N/A
      _____
   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)   N/A
      _____
   d) Issues raised   N/A
   e) Approximate date of filing lawsuit   N/A
   f) Approximate date of disposition   N/A

## E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☒ No ☐.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision  *I have raised all these to my attorney with No relief*

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _____

_____

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _____

_____

## F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

*My Criminal Charges be dismissed, financial Compensation for Mental Anguish*

_____          *Brice DeSean Chapman Sr.*
Signature of Attorney (if any)        Signature of Petitioner

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 (F)             CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)